jDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 11-6-07

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DELIA ROMERO,                       :
                                    :
                                    :
                    Plaintiff,      :
                                    :   07 CIV 9709(VM)
                                    :
         - against -                :
                                    :   ORDER
                                    :
RESORTS CASINO ATLANTIC CITY,       :
                                    :
                    Defendant.      :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

In reviewing the complaint and Notice of Removal filed in this matter the Court has noted that plaintiff Delia Romero ("Romero") asserts that she is a resident of Bronx County, New York; and defendant Resorts Casino Atlantic City ("Resorts") is a New York domestic corporation or a foreign corporation licensed to do business in New York. Resorts states in the Notice of Removal that it is a New Jersey corporation with its principal place of business in New Jersey. The complaint indicates that the events that gave rise to the action occurred in connection with alleged injuries Romero suffered as a result of Resorts's negligence in connection with the operation of a slot machine at Resorts's hotel in Atlantic City, New Jersey. It therefore appears that in whole or in major part the material events, documents, persons and potential witnesses related to this action are located in the

District of New Jersey. Accordingly, it is hereby

**ORDERED** that to aid the Court's assessment of whether, for the convenience to the parties and witnesses, in the interest of justice and sound judicial administration, venue for this matter more properly lies in the District of New Jersey, the Court directs plaintiff Delia Romero ("Romero") to respond by November 12, in a letter to the Court not to exceed three (3) pages, showing cause why this matter should not be transferred to the District of New Jersey pursuant to 28 U.S.C. § 1404(a); and it is further hereby

**ORDERED** that Romero serve a copy of this Order on defendant Resorts Casino Atlantic City ("Resorts") through counsel if known, and that Resorts may respond by letter not to exceed three (3) pages submitted to the Court by November 15, 2007.

**SO ORDERED.**

DATED:   NEW YORK, NEW YORK
         6 November 2007

                                    Victor Marrero
                                    U.S.D.J.