```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-16-07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
DELIA ROMERO,                         :
                                      :
                        Plaintiff,    :
                                      :     07 CIV 9709(VM)
             - against -              :
                                      :     **ORDER**
RESORTS CASINO ATLANTIC CITY,         :
                                      :
                        Defendant.    :
------------------------------------- X

**VICTOR MARRERO, United States District Judge.**

By Order dated November 6, 2007, the Court directed plaintiff herein to show cause by November 12, 2007 as to why this action should not be transferred to the District of New Jersey pursuant to 28 U.S.C. § 1404(a) by reason of the location there of all or a major part of the core operative facts and of witnesses and other evidence. A review of the Docket Sheet for the case indicates that no timely response to that Order has been made to date. Accordingly, it is hereby

**ORDERED** that in accordance with the Order of the Court dated November 6, 2007 the Clerk of Court is directed to transfer this case to the District of New Jersey pursuant to 28 U.S.C. § 1404(a) and to close this case on this Court's docket.

**SO ORDERED.**

DATED:    NEW YORK, NEW YORK
          16 November 2007

                                      _____
                                      Victor Marrero
                                      U.S.D.J.